UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

IN RE GARY ZELDA,　　　　　　　　　　　　CHAPTER 7
　　　　　　　　　　　　　　　　　　　　　　CASE NO. 09-79209
　　　　*Debtor*.　　　　　　　　　　　　　　JUDGE THOMAS J. TUCKER
_____/

**STIPULATION TO WITHDRAW CHAPTER 7 TRUSTEE MICHAEL A. STEVENSON'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE OF ANY INTEREST, TO PAY REDEMPTION AMOUNT IN FULL, AND TO PAY JUNIOR LIENS AS UNSECURED CREDITORS; (2) TO APPROVE SALE PROCEDURES; AND (3) FOR OTHER RELIEF**

　　The Chapter 7 Trustee, Michael Stevenson, filed a Motion for Authority to Sell Real Property Free of any Interest, to pay Redemption Amount in Full, and to pay Junior Liens as Unsecured Creditors; (2) to approve Sale Procedures; and (3) for Other Relief [Docket No. 45].

　　Objections were filed by Talmer Bank & Trust [Docket No. 47] and a Response by BAC Home Loans Servicing [Docket No. 50]. The matter is set for hearing on July 6, 2011 at 9:00 a.m. [Docket No. 49].

　　Under E.D. Mich. LBR 9014-1(i), Mr. Stevenson, Talmer Bank & Trust, and BAC Home Loans Servicing stipulate that the Court should enter the attached order, which, among other things, withdraws the motion and cancels the hearing.

| | |
|---|---|
| STEINBERG SHAPIRO & CLARK | ORLANS ASSOCIATES, P.C. |
| /s/ Jordan M. Sickman (P69823) | /s/ Heather D. McGivern (P59393) |
| Attorneys for Chapter 7 Trustee | Attorney for BAC Home Loans Servicing |
| 25925 Telegraph, Suite 203 | P.O. Box 5041 |
| Southfield, MI 48073 | Troy, MI 48007 |
| Telephone: (248) 352-4700 | Telephone: (248) 502-1548 |
| E-mail: sickman@ssc-law.com | Email: Hmcgivern@orlans.com |

STROBL & SHARP, P.C.

/s/ Meredith E. Taunt (P69698)
Attorney for Talmer Bank & Trust
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Email: mtaunt@stroblpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—DETROIT

In re Gary Zelda,

        *Debtor*.

_____/

Chapter 7
Case No. 09-79209
Judge Thomas J. Tucker

### Order Withdrawing Docket No. 45

    Michael Stevenson, filed a Motion for Authority to Sell Real Property Free of any Interest, to pay Redemption Amount in Full, and to pay Junior Liens as Unsecured Creditors; (2) to approve Sale Procedures; and (3) for Other Relief [Docket No. 45].

    Objections were filed by Talmer Bank & Trust [Docket No. 47] and a Response by BAC Home Loans Servicing [Docket No. 50]. The matter is set for hearing on July 6, 2011 at 9:00 a.m. [Docket No. 49].

    Under E.D. Mich. LBR 9014-1(i), Mr. Stevenson, Talmer Bank & Trust, and BAC Home Loans Servicing stipulate that the Court should enter this order, which, among other things, withdraws the motion and cancels the hearing.

1. Docket No. 45 is withdrawn.

2. The hearing scheduled for July 6, 2011 is cancelled.